ORIGINAL

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

MICHAEL K. KAWAHARA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
United States of America



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 28 2000
at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII   CR00-00081 DAE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIM. NO. _____-01,-02 |
| Plaintiff, | INFORMATION |
| VS. | 21 U.S.C. 841(a)(1) |
| | 18 U.S.C. 922(g) |
| MURILLO POSES MOUTELLA, (01) | |
| MICHELLE SUZANNE (02) HENDERSON, | |
| Defendants. | |

### INFORMATION

#### Count 1:

The United States Attorney charges that:

On or about January 12, 2000 in the District of Hawaii and elsewhere, defendants **Murillo Poses Moutella** and **Michelle Suzanne Henderson** knowingly and intentionally possessed with intent to distribute five-hundred (500) grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II narcotic controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Count 2:

The United States Attorney further charges that:

On and prior to January 13, 2000 in the District of Hawaii, defendant **Murillo Poses Moutella**, then being an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, did possess in and affecting commerce a firearm, to wit: one (1) Beretta semi-automatic pistol, Model 92F, in 9mm Parabellum caliber, serial number D91046Z, and a magazine therefor,

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: Honolulu, Hawaii, FEBRUARY 28, 2000.

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

USA v. Moutella and Henderson, USDC-Hawaii, Information.

2